[No. 22272-4-I. Division One. May 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHANNON HALE DENTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03919–2, John M. Darrah, J., entered April 22, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Forrest, J. Now published at 58 Wn. App. 251.

[No. 22700-9-I. Division One. May 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. IGNACIO MENDOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00264–3, Paul D. Hansen, J., entered July 18, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Pekelis, JJ.

[No. 23253-3-I. Division One. May 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN KYLE PAYNE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–8–00025–3, David A. Nichols, J., entered September 26, 1988. *Remanded* by unpublished opinion per Baker, J., concurred in by Grosse, A.C.J., and Forrest, J. Now published at 58 Wn. App. 215.